**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  June 01, 2026

Ms. Erika R. Barnes
Stites & Harbison
401 Commerce Street
Suite 800
Nashville, TN 37219

Mr. Justin Timothy Campbell
Thompson Burton
6100 Tower Circle
Suite 200
Franklin, TN 37067

Mr. Michael Edward Collins
Manier & Herod
1201 Demonbreun Street
Suite 900
Nashville, TN 37219

Ms. Florence M. Johnson
Johnson & Johnson
1407 Union Avenue
Room 1002
Memphis, TN 38104

Demetra Liggins
McGuire Woods
Texas Tower
845 Texas Avenue
Suite 2400
Houston, TX 77002

   Re:  Case No. 26-5492
        *Farm Credit Mid-America, PCA v. Uncle Nearest, Inc., et al*
        Originating Case No. 4:25-cv-00038

Dear Counsel:

This appeal has been docketed as case number **26-5492** with the **caption** that is enclosed on a separate page. Please review this caption and advise the clerk's office with any discrepancies.  The appellate case number and caption must appear on all filings submitted to the Court

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **June 15, 2026**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Robin
Direct Dial No. 513-564-7014

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-5492**

FARM CREDIT MID-AMERICA, PCA

      Plaintiff - Appellee

PHILLIP GARY YOUNG, JR.

      Receiver - Appellee

v.

UNCLE NEAREST, INC., et al.,

      Defendants

SHELBYVILLE BARREL HOUSE BBQ LLC, et al.,

      Respondents

 and

DAWN WEAVER; KEITH WEAVER

      Defendants - Appellants

GRANT SIDNEY, INC.

      Respondent - Appellant