**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| ***GRANT SIDNEY, Inc.,***<br>***FAWN WEAVER AND***<br>***KEITH WEAVER*** | ) | |
| **Appellants,** | ) | **DKT. NO. 26-5492** |
| **v.** | ) | |
| ***FARM CREDIT MID-AMERICA, PCA,*** | ) | |
| **Appellee.** | ) | |

**MOTION TO WITHDRAW AS CO-COUNSEL**

COMES NOW, Michael E. Collins and Manier & Herod, P.C., and hereby move to withdraw as co-counsel to Grant Sidney, Inc., Fawn Weaver, and Keith Weaver (collectively, the "Appellants") in the above-captioned matter. In support of this Motion, the Movants assert as follows:

1. Manier & Herod, P.C. filed the notice of appeal on behalf of the Appellants to initiate this appeal.

2. Curtis D. Johnson, Jr. of Johnson & Johnson, P.C. has filed an Appearance of Counsel on behalf of the Appellants [Dkt. 2] and will be handling the appeal on behalf of the Appellants as lead counsel.

3. Accordingly, the Movants seek to withdraw as co-counsel in this matter.

4. In light of Mr. Johnson handling this appeal moving forward, this withdrawal will not prejudice any party or this appeal.

WHEREFORE, Manier & Herod P.C. and Michael E. Collins respectfully request that the Court grant this petition to withdraw as co-counsel in this matter and grant such other relief as is appropriate.

Respectfully Submitted,

**MANIER & HEROD, P.C.**

*/s/ Michael E. Collins*

Michael E. Collins BPR No.16036
MANIER & HEROD
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
(615) 244-0030-phone
(615) 242-4203-facsimile
mcollins@manierherod.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served through the ECF system on all parties registered to receive electronic notices and by U.S. Mail as follows on June 2, 2026:

Demetra Liggins
McGuireWoods, LLP
Texas Tower
845 Texas Ave.
24th Floor
Houston, TX 77002-2906

Justin Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203

Curtis D. Johnson, Jr.
Johnson & Johnson, P.C.
1407 Union Ave., Suite 1002
Memphis, TN 38104

*/s/ Michael E. Collins*
Michael E. Collins