**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|                       | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 |                       |
|-----------------------|---|---|
| Kelly L. Stephens<br>Clerk |  | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 02, 2026

Mr. Curtis Douglas Johnson Jr.
Johnson & Johnson
1407 Union Avenue
Room 1002
Memphis, TN 38104

Re:  Case No. 26-5492
*Farm Credit Mid-America, PCA v. Uncle Nearest, Inc., et al*
Originating Case No. 4:25-cv-00038

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Robin
Direct Dial No. 513-564-7014

cc: Ms. Erika R. Barnes
Mr. Justin Timothy Campbell
Ms. Florence M. Johnson
Ms. Demetra Liggins
Ms. Mary Alexandra Shipley

Enclosure