**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 06, 2026

Ms. Florence M. Johnson
Johnson & Johnson
1407 Union Avenue
Room 1002
Memphis, TN 38104

Ms. Demetra Liggins
McGuire Woods
845 Texas Avenue
Suite 2400 Texas Tower
Houston, TX 77002

Mr. Trenton Meriwether
Thompson Burton
6100 Tower Circle
Suite 200
Franklin, TN 37067

      Re:  Case No. 26-5492
            *Farm Credit Mid-America, PCA v. Uncle Nearest, Inc., et al*
            Originating Case No. 4:25-cv-00038

Dear Counsel,

   Briefing in this case will be held in abeyance pending a ruling on appellee Gary Young, Jr.'s motion to dismiss. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

                Sincerely yours,

                s/Kelly Stephens
                Appeal Case Manager: Robin
                Direct Dial No. 513-564-7014

cc: Ms. Erika R. Barnes
    Mr. Justin Timothy Campbell
    Mr. Curtis Douglas Johnson Jr.
    Ms. Mary Alexandra Shipley