**IN THE SIXTH CIRCUIT COURT OF APPEALS**

| | | |
|---|---|---|
| **GRANT SIDNEY, INC.,**<br>**FAWN WEAVER AND**<br>**KEITH WEAVER**<br><br>**Appellants,**<br><br>**v.**<br><br>**FARM CREDIT MID-AMERICA, PCA,**<br><br>**Appellee.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DKT. NO. 26-5492** |

# APPELLANTS' MOTION FOR LEAVE TO FILE CORRECTED RESPONSE IN OPPOSITION TO RECEIVER-APPELLEE'S MOTION TO DISMISS

Appellants Fawn Weaver, Keith Weaver, and Grant Sidney, Inc. respectfully move pursuant to Federal Rule of Appellate Procedure 27 for leave to file the attached Corrected Response in Opposition to Receiver-Appellee's Motion to Dismiss. In support, Appellants state as follows:

1. Receiver-Appellee filed his Motion to Dismiss on August 5, 2026.
2. Appellants filed their Response in Opposition on August 17, 2026.
3. After filing their Response, Appellants' further review of *Grand Beach Co. v. Gardner*, 34 F.2d 836 (6th Cir. 1929), and the related procedural record revealed that Appellants' discussion of that controlling Sixth Circuit

authority should be corrected and clarified. The proposed Corrected Response accurately addresses the distinction drawn in *Grand Beach* between a belated challenge to the original appointment of a receiver and a prospective request to wind up an existing receivership based on changed circumstances, and clarifies the related procedural record bearing on appellate jurisdiction.

4. On August 21, 2026, Receiver-Appellee filed his Reply in Support of Motion to Dismiss (D.E. 31). Appellants nevertheless seek leave to file the attached Corrected Response so that the jurisdictional issue is presented to the Court on an accurate statement of controlling Sixth Circuit authority and the relevant procedural record. The Corrected Response does not alter the relief requested or assert a new basis for appeal.

5. This request is made promptly, within days after Appellants filed their original Response. Receiver-Appellee's Reply already addresses the *Grand Beach* issue that is the subject of the correction. Accordingly, permitting the Corrected Response will ensure an accurate presentation of the controlling authority and the relevant procedural record without unfair prejudice to Receiver-Appellee.

WHEREFORE, Appellants respectfully request that the Court grant leave to file the attached Corrected Response in Opposition to Receiver-Appellee's Motion

to Dismiss and deem the Corrected Response substituted for Appellants' Response filed August 22, 2026.

Respectfully submitted,
/s/ Curtis D. Johnson, Jr.
**CURTIS D. JOHNSON, JR., #015518**
Counsel for Appellants
Suite 1002, 1407 Union Avenue
Memphis, TN 38104
(901) 725-7520
Fax (901) 725-7570
cjohnson@johnsonandjohnsonattys.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2)(A) and 32(g), I certify that this motion contains 359 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ Curtis Douglas Johnson, Jr.
Curtis Douglas Johnson, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I electronically filed the foregoing Appellants' Motion for Leave to File Corrected Response in Opposition to Receiver-Appellee's Motion to Dismiss with the Clerk of the United States Court of Appeals for the Sixth Circuit using the Court's CM/ECF system. I further certify that the filing system will automatically serve electronic notice of the filing on all registered counsel of record, including counsel for Receiver-Appellee Phillip G. Young, Jr.

/s/ Curtis Douglas Johnson, Jr.
Curtis Douglas Johnson, Jr.